JRB: USAO 2017R00709

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2018 JAN 24  PM 4: 53

CLERK'S OFFICE
AT GREENBELT

BY_____DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. PWG 18CR0038 |
| | * | |
| **STEPHEN V. MCGRATH,** | * | (Production of Child Pornography, |
| | * | 18 U.S.C. § 2251(a); Receipt of Child |
| **Defendant** | * | Pornography, 18 U.S.C. § 2252A(a)(2); |
| | * | Possession of Child Pornography, |
| | * | 18 U.S.C. § 2252A(a)(5)(B); Forfeiture, |
| | * | 18 U.S.C. § 2253) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Production of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On or about June 16, 2017, in the District of Maryland and elsewhere, the defendant,

**STEPHEN V. MCGRATH,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and the visual depiction was transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

18 U.S.C. § 2251(a)

## COUNT TWO
### (Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about June 16, 2017, in the District of Maryland and elsewhere, the defendant,

**STEPHEN V. MCGRATH,**

did knowingly receive child pornography and materials that contain child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2252A(a)(2)

## COUNT THREE
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about October 13, 2017, in the District of Maryland, the defendant,

**STEPHEN V. MCGRATH,**

did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2252A(a)(5)(B)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Title 18, United States Code, Sections 2253, upon conviction of the offenses set forth in Counts One through Three of this Indictment, in violation of Title 18, United States Code, Sections 2251 and 2252A, the defendant,

**STEPHEN V. MCGRATH,**

shall forfeit to the United States of America:

   a.   Any visual depiction described in Title 18, United States Code, Sections 2251 and 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

   b.   Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

   c.   Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

2.      If any of the property described above, as a result of any act or omission of the defendant,

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

   c.   has been placed beyond the jurisdiction of the court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

18 U.S.C. § 2253

_Stephen M. Schenning /SMS/_
Stephen M. Schenning
Acting United States Attorney

A TRUE BILL:

**< SIGNATURE REDACTED**

Foreperson

Date: January 24, 2018